UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES D. DAUGHTY, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:04CV00793-ERW |
| ) | |
| JAMES PURKETT, ) | |
| ) | |
| Defendant(s). ) | |

## **CERTIFICATE OF APPEALABILITY**

In accordance with the Memorandum and Order of this Court filed on this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Petitioner is **DENIED** a Certificate of Appealability.

Dated this 5th Day of September, 2007.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE